UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-5672-CBM-BFM | Date | October 22, 2026 |
|---|---|---|---|

| Title | *Collins et al. v. Cellco Partnership d/b/a Verizon Wireless et al.* |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: DISMISSAL**

On March 25, 2025, Plaintiffs filed this action against Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon") and MRS BPO LLC in Los Angeles Superior Court. On June 23, 2025, Verizon timely removed the case to this district court. On April 28, 2026, the Court granted Defendant Verizon's motion to compel arbitration and stayed the action as to Plaintiffs' claims against Verizon pending completion of the arbitration. (Dkt. No. 29.) On April 29, 2026, the Court dismissed the action without prejudice as to Defendant MRS BPO LLC pursuant to Fed. R. Civ. P. 4(m). (Dkt. No. 30.) On June 2, 2026, a mediation report was filed indicating a mediation did not take place because the case settled before the mediation occurred. (Dkt. No. 32.)

On October 5, 2026, the Court ordered Plaintiff to show cause in writing no later than October 16, 2026 why this action should not be dismissed in light of the settlement indicated in the mediation report, and stated that a failure to respond to the Order to Show Cause by that date shall result in dismissal of this action. (Dkt. No. 33.) No response to the Order to Show Cause was filed by Plaintiff. Accordingly, this action is hereby **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

00 :